UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEENAN RANDALL STACKS,

    Petitioner,

v.                                                   Case No. 3:19-cv-3541-LC-MJF

MARK S. INCH,

    Respondent.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 14, 2021. (Doc. 15). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I conclude that it should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 15), is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Keenan Randall Stacks*, Okaloosa County Circuit Court Case No. 2013-CF-1485, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court shall close this case file.

**DONE AND ORDERED** this 21st day of May, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**